VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

*E-FILED - 7/14/10*

Telephone (415) 421-4347

Counsel for Defendant Tan Vo

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-000402 RMW |
| Plaintiff, | STIPULATION TO CONVERT PRETRIAL DATE TO STATUS DATE; [] ORDER |
| vs. | |
| JULES MINH VO, et.al. | DATE: July 8, 20010 |
| Defendants. | TIME: 2:00 p.m. |
| | Before The Honorable Ronald M. Whyte |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney David R. Callaway, and defendants Jules Minh Vo, Nhu Mai Nguyen, Tan Minh Vo, Nguyen Nhu Tran, and Richard Khoi Tran, by and through their respective counsel, that the pretrial date of July 8, 2010, be converted to a status date to be held at the same date and time so that the parties can discuss the scheduling of the trial which is currently set for August 2, 2010.

The reason for this change is that two defense counsel, Richard Pointer and David Johnson, are involved in a murder trial in Santa Clara County that is expected to well into, if not through, the month of July, and a third defense counsel, Vicki Young, will be unable to prepare pretrial papers by the current filing date of July 1, 2010. Vicki H. Young has to go out of town because her father in law is gravely ill.

///

STIP AND [] ORDER

- 1 -

It is so stipulated.

Dated:       June 25, 2010                                    Respectfully submitted,

      /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Tan Minh Vo

Dated:       June 25, 2010                              /s/   Richard Pointer
RICHARD POINTER, ESQ.
Attorney for Jules Minh Vo

Dated:       June 25, 2010                              /s/   Peter Leeming
PETER LEEMING, ESQ.
Attorney for Nhu Mai Nguyen

Dated:       June 29, 2010                              /s/   David Johnson
DAVID JOHNSON, ESQ.
Attorney for Nguyen Nhu Tran

Dated:       June 25, 2010                              /s/   Jack Gordon
JACK GORDON, ESQ.
Attorney for Richard Khoi Tran

Dated:       June 25, 2010                              JOSEPH P. RUSSIONIELLO
UNITED STATES ATTORNEY

     /s/   David R. Callaway
DAVID R. CALLAWAY
Assistant United States Attorney

STIP AND [] ORDER

- 2 -

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR No.: CR 08-000402 RMW |
| ) | |
| v. ) | ORDER |
| ) | CONVERTING PRETRIAL |
| JULES MINH VO, et.al., ) | DATE TO STATUS DATE |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons set forth above in the stipulation between the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the pretrial date of July 8, 2010, at 2:00 p.m. is converted to a status date to be held set at the same date and time.

DATE: 7/14/10

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

STIP AND [] ORDER

- 3 -