1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301                    *E-FILED - 9/20/10*
3
   Telephone (415) 421-4347
4
   Counsel for Defendant Tan Vo
5

6             IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9
   UNITED STATES OF AMERICA,       )    No. CR 08-000402 RMW
10                                  )
           Plaintiff,                )    STIPULATION TO CONTINUE
11                                  )    PRETRIAL DATE;
       vs.                          )    [] ORDER
12                                  )
   JULES MINH VO, et.al.            )    DATE:  Sept. 27, 2010
13                                  )    TIME:  11:00 a.m.
           Defendants.               )
14  _____)    Before The Honorable Ronald M. Whyte

15

16     It is hereby stipulated between the United States of America, by and through Assistant United

17  States Attorney David R. Callaway, and defendants Jules Minh Vo, Nhu Mai Nguyen, Tan Minh Vo,

18  Nguyen Nhu Tran, and Richard Khoi Tran, by and through their respective counsel, that the pretrial

19  date of September 27, 2010, be continued to October 14, 2010, at 2:00 p.m.  The reason for this

20  continuance is that the matter has been referred to Judge D. Lowell Jensen for a settlement

21  conference, and the first available date on Judge Jensen's calendar for a settlement conference is

22  September 28, 2010.  The parties agree that the pretrial conference should be held after the

23  settlement conference.  The trial date is October 18, 2010.

24  ///

25

26

   STIP AND [] ORDER
                                            - 1 -

1      It is so stipulated.

2  Dated:      Sept. 10, 2010                    Respectfully submitted,

3
                                                 /s/ Vicki H. Young
4                                                VICKI H. YOUNG, ESQ.
                                                 Attorney for Tan Minh Vo
5
   Dated:      Sept. 10, 2010                    /s/   Richard Pointer
6                                                RICHARD POINTER, ESQ.
                                                 Attorney for Jules Minh Vo
7

8  Dated:      Sept. 10, 2010                    /s/   Peter Leeming
                                                 PETER LEEMING, ESQ.
9                                                Attorney for Nhu Mai Nguyen

10
   Dated:      Sept. 14, 2010                    /s/   David Johnson
11                                               DAVID JOHNSON, ESQ.
                                                 Attorney for Nguyen Nhu Tran
12

13 Dated:      Sept. 13, 2010                     /s/   Jack Gordon
                                                 JACK GORDON, ESQ.
14                                               Attorney for Richard Khoi Tran

15

16 Dated:      Sept. 10, 2010                    MELINDA HAIG
                                                 UNITED STATES ATTORNEY
17

18                                                /s/   David R. Callaway
                                                 DAVID R. CALLAWAY
19                                               Assistant United States Attorney

20

21

22

23

24

25

26

STIP AND [] ORDER
- 2 -

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>      Plaintiff, )<br>           )<br>      v. )<br>           )<br>JULES MINH VO, et.al., )<br>           )<br>      Defendants. )<br>_____ ) | CR No.: CR 08-000402 RMW<br><br>ORDER<br>CONVERTING PRETRIAL<br><u>DATE TO STATUS DATE</u> |

For the reasons set forth above in the stipulation between the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the pretrial date of Sept. 27, 2010, at 11:00 a.m. is continued to October 14, 2010, at 2:00 a.m.

DATE: 9/20/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIP AND [] ORDER

- 3 -