MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California  95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5596
E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 10/13/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULES MINH SON VO, et al.,<br><br>　　　　Defendants. | No. CR 08-00402 RMW<br><br>STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL BY ONE WEEK TO ACCOMMODATE PROMISING ELEVENTH-HOUR SETTLEMENT DISCUSSIONS; ORDER []<br><br>Date:  October 14, 2010<br>Time:  2:00 p.m.<br><br>Before The Honorable Ronald M. Whyte |

The parties jointly ask the Court to continue the pre-trial conference, currently scheduled to occur at the above date and time, hearing on defendants' motion to sever, currently set for the above date and time, and to reschedule that hearing to **Thursday, October 21, 2010**, at 2:00 p.m., before The Honorable Ronald M. Whyte, and to continue the jury trial also by one week, to **Monday, October 25, 2010,** at 1:30 p.m.  The reason for this short continuance is to allow the parties to continue to attempt to resolve this case short of trial.

Settlement discussions began in earnest after this Court referred the parties to a settlement

**STIPULATION; ORDER**

conference before The Honorable D. Lowell Jensen, United States District Judge. That settlement conference took place on the afternoon of September 28th. That morning, the parties had a "pre-meeting" at the United States Attorney's Office, also to discuss settlement. Although the case did not settle on that date, we did make significant progress. Indeed, the lead defendant, Jules Vo, has now agreed to plead guilty, leaving four defendants – Mai Nguyen, Nguyen Tran, Richard Tran, and Tan Vo – who might still proceed to trial. Although this outcome is by no means certain, the parties believe that postponing the trial by one week may help us to resolve the remaining defendants. The additional time is particularly important because Tan Vo's counsel has been out of the country since September 29th and will not return until October 10, 2010. Rather than file pretrial papers this week, the parties would like a little more time to build on the progress we have made and see if we cannot settle this case.

The parties further stipulate that the delay occasioned by this continuance, a total of seven days, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv), based on (1) pending plea negotiations as to the defendants, and (2) time needed for effective defense preparation, in the event that plea negotiations were to fall through.

SO STIPULATED:

DATED: October 7, 2010      MELINDA HAAG
United States Attorney

/ s /
_____
DAVID R. CALLAWAY
Assistant United States Attorney
Counsel for United States

DATED: October 7, 2010
/ s /
_____
VICKI H. YOUNG, ESQ.
Counsel for Tan Vo

DATE: October 7, 2010
/ s /
_____
RICHARD P. POINTER, ESQ.
Counsel for Jules Vo

DATE: October 7, 2010
/ s /
_____
JACK D. GORDON, ESQ.
Counsel for Richard Khoi Tran

**STIPULATION; ORDER**     -2-

1 | DATE: October 7, 2010
2 | /s/
3 | PETER A. LEEMING, ESQ.
   | Counsel for Nhu Mai Nguyen

4 | DATE: October 7, 2010
   | /s/
5 | DAVID C. JOHNSON, ESQ.
   | Counsel for Nguyen Tran

## ORDER

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that the pretrial conference and jury trial in the captioned case are each continued one week: the pretrial conference will now be held on **Thursday, October 21, 2010**, at 2:00 p.m., before The Honorable Ronald M. Whyte, and the jury trial shall begin on **Monday, October 25, 2010,** at 1:30 p.m.  The existing dates are vacated.

IT IS FURTHER ORDERED that the time between October 18 and 25, 2010, shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in the Stipulation.  The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

Date: 10/13/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**STIPULATION; ORDER**                -3-