MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

*E-FILED - 10/21/10*

150 Almaden Blvd., Suite 900
San Jose, California  95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5596
E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULES MINH SON VO, et al., <br><br> Defendants. | No. CR 08-00402 RMW <br><br> STIPULATION TO POSTPONE FILING OF PRETRIAL PAPERS BASED ON STRONG INDICATIONS THAT A SETTLEMENT IS LIKELY; ORDER [] <br><br> Date:  October 21, 2010 <br> Time:  2:00 p.m. <br><br> Before The Honorable Ronald M. Whyte |

The parties jointly ask the Court to permit them to file their pretrial conference papers on Tuesday, October 19th, by 12:00 p.m., in the event that this case actually goes to trial. Of the five remaining defendants, the government has now reached agreements in principle with three: Jules Vo, Tan Vo, and Richard Tran, while intensive negotiations are ongoing with Mai Nguyen and Nguyen Tran. Although the outcome is not certain, the government believes that this case is more likely to resolve than go to trial.  Accordingly, and because it seems a waste to fill the Court's inbox with pretrial papers that may soon become moot, the parties respectfully ask for an extension in their deadline to file them.  (This stipulation was cleared with Ms. Garcia earlier today.)

**STIPULATION; ORDER**

SO STIPULATED:

DATED: October 7, 2010

    MELINDA HAAG
United States Attorney

/ s /
_____
DAVID R. CALLAWAY
Assistant United States Attorney
Counsel for United States

DATED: October 7, 2010

/ s /
_____
VICKI H. YOUNG, ESQ.
Counsel for Tan Vo

DATE: October 7, 2010

/ s /
_____
RICHARD P. POINTER, ESQ.
Counsel for Jules Vo

DATE: October 7, 2010

/ s /
_____
JACK D. GORDON, ESQ.
Counsel for Richard Khoi Tran

DATE: October 7, 2010

/ s /
_____
PETER A. LEEMING, ESQ.
Counsel for Nhu Mai Nguyen

DATE: October 7, 2010

/ s /
_____
DAVID C. JOHNSON, ESQ.
Counsel for Nguyen Tran

## **ORDER**

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that pretrial papers in the captioned case shall be due by **no later than noon on Tuesday, October 19, 2010**. The pretrial conference, if necessary, remains scheduled on Thursday, October 21, 2010, at 2:00 p.m., and the jury trial, if necessary, will also remain as scheduled on Monday, October 25, 2010, at 1:30 p.m.

Date: 10/21/10

*/s/ Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge