**RICHARD P. POINTER, ESQ. SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding St., #100
San Jose, CA  95128
Telephone:     (408) 246-5500
Facsimile:     (408) 246-1051
E-mail:        rpointer@hinklelaw.com

*E-FILED - 3/2/11*

Attorney for Defendant
**JULES MINH VO**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-08-00402 (RMW) |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUE SENTENCING DATE** |
| vs. ) | |
| JULES MINH VO, et al., ) | |
| Defendants. ) | |
| _____ ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys David R. Callaway, and defendant Jules Minh Vo, by and through his attorney, Richard P. Pointer, that the sentencing hearing which is currently scheduled for March 7, 2011, be continued to May 9, 2011 at 9:00 a.m.

The reason for this continuance is that due to prior commitments U.S. Probation Officer, Ben Flores, and defense counsel were unable to schedule the presentence interview before Mr. Flores' deadline to submit his presentence report. A continuance of the sentence date is needed to allow sufficient time for U.S. Probation Officer, Ben Flores, to conduct the presentence interview with Mr. Vo.

U.S. Probation Officer, Ben Flores has been advised of this request for a continuance and has

___

Stipulation and Order to
Continue Sentencing Date

1

1 no objection.

2     It is so stipulated.

3 Dated: February 17, 2011                        Respectfully submitted,

4                                                      _____/s/_____
Richard P. Pointer
5                                                      Attorney for Jules Minh Vo

6 Dated: February ___, 2011                       _____/s/_____
7                                                      David R. Callaway
8                                                      Assistant United States Attorney

9

10

11                                   **ORDER**

12     GOOD CAUSE BEING SHOWN, the sentencing date hearing for Jules Minh Vo which is

13 currently set for March 7, 2011, is continued to May 9, 2011 at 9:00 a.m.

14     IT IS SO ORDERED.

15 Dated: March 2, 2011                            _/s/ Ronald M. Whyte_____
16                                          RONALD M. WHYTE
                                          SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to
Continue Sentencing Date